UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 JUN 26 PM 4: 23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12CR2386-NLS |
| ) | JUDGMENT |
| v. ) | BY: _____ DEPUTY |
| ) | |
| JOCELYN MARIE NEDEDOG ) | NICOLE GABRIELLE SAPERSTEIN, FD. |
| ) | Defendant's Attorney |

REGISTRATION NO. 33471298

VIOLATION: 21 U.S.C. 844(a) POSSESSION OF MARIJUANA (Class A Misdemeanor)

__x__ Defendant pleaded guilty to count 1 of the Information (Misdemeanor)
____ Count(s) _____ dismissed on the government's oral motion.
____ Underlying _____ dismissed on the government's oral motion.

**JUDGMENT**

__x__ Defendant is adjudged guilty on count 1 of the Information (Misdemeanor)

__x__ SUPERVISED RELEASE for a term of 1 year imposed by the Court.
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ not possess any narcotic drug or controlled substance without a lawful medical prescription
__x__ not transport, harbor or assist undocumented aliens
__x__ not enter Mexico
__x__ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer
__x__ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses a low risk of future substance abuse.
__x__ Penalty assessment of $ 25.00 (Waived)
__x__ Fine waived          ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 18, 2012
Date of Imposition of Sentence

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE
Entered on: